United States District Court
Eastern District of Michigan

| | |
|---|---|
| Norman Abuhaltm,<br><br>    Petitioner,<br><br>v.<br><br>US Department of Homeland Security, Secretary of, et al.,<br><br>    Respondent. | Civil No. 25-12890<br><br>Hon. F. Kay Behm<br>Mag. Judge David R. Grand |

## ORDER GRANTING EX PARTE MOTION FOR STAY DURING LAPSE OF APPROPRIATIONS

The Court grants Defendant's Ex Parte Motion for Stay During Lapse of Appropriations. This matter is stayed until the Court receives notice that Congress has appropriated funds for the Department of Justice, or until further order of the Court.

**IT IS SO ORDERED**.

Dated: October 29, 2025        s/F. Kay Behm
                               F. Kay Behm
                               United States District Judge